**FILED**
OCT – 5 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT         **SUPPRESSED**
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) No. | |
| v. ) | |
| ) | **4:22CR551-CDP/JMB** |
| KORY STARK, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 20, 2021, in St. Charles County, within the Eastern District of Missouri,

**KORY STARK,**

the defendant herein, in connection with the acquisition of a firearm from Eagle Amory STL, a licensed dealer, knowingly made a false and fictitious written statement intended, and likely to, deceive Eagle Amory STL, as to a fact material to the lawfulness of the sale of the firearm to the Defendant under Chapter 44 of Title 18, United States Code, in that Defendant did execute an ATF From 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the firearm indicated on the Form 4473, when in fact Defendant knew that he was not the actual buyer.

In violation of Title 18, United States Code, Sections 922(a)(6), and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

SAYLER FLEMING
United States Attorney

_____
KOURTNEY M. BELL, #300171 (CA)
Assistant United States Attorney